IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY AYERS WILKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-CV-00437-RAH |
| | ) |
| MUNICIPALITY OF TROY ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On September 25, 2024, the Magistrate Judge filed a Recommendation (doc. 10) in this case to which no timely objections have been filed. The Magistrate Judge recommended dismissal "[b]ecause [the Plaintiff] has not paid the filing fee and has been sufficiently warned of the consequences of his failure to do so[.]" (*Id.* at 2.) Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

1. The Recommendation (doc. 10) is **ADOPTED**.
2. The Plaintiff's Complaint is **DISMISSED without prejudice**.

DONE, on this the 16th day of October 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE